**Order entered December 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00305-CV

## MARK GROBA, Appellant

## V.

## CITY OF GALENA PARK, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01826**

### ORDER

Before the Court is appellant's December 2, 2021 final unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received December 3, 2021 filed as of the date of this order.

/s/    CRAIG SMITH
        JUSTICE